**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DAVID THOMPSON**                                                                               **PLAINTIFF**

**v.**                                       **CASE NO. 4:22-CV-00384-BSM**

**HARTFORD LIFE & ACCIDENT
INSURANCE COMPANY**                                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of December, 2022.


_____
UNITED STATES DISTRICT JUDGE